160 So. 916

## Ex parte J. W. MADDOX et al.
### 4 Div. 808.

Supreme Court of Alabama.
March 21, 1935.

Hugh Bradley, of Troy, and C. L. Rowe, of Elba, for petitioners.

PER CURIAM.
Petition dismissed by petitioners.

**2**

159 So. 887

## Ex parte Geo. L. MALONE et al.
### 7 Div. 277.

Supreme Court of Alabama.
Jan. 15, 1935.

Oliver D. Street, of Guntersville, for petitioners.

PER CURIAM.
Petition dismissed by petitioners.

**3**

159 So. 887

## Hershell McCARN v. STATE.
### 6 Div. 560.
Supreme Court of Alabama.
Dec. 27, 1934.

PER CURIAM.
Appeal dismissed.

**4**

159 So. 887

## Frank M. McCRAW v. Margaret B. IDE.
### 7 Div. 236.

Supreme Court of Alabama.
Jan. 15, 1935.

Jas. F. Matthews, of Anniston, for appellant.

Knox, Acker, Sterne & Liles and Merrill, Jones & Whiteside, all of Anniston, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

**5**

160 So. 916

## Wade McGEE v. STATE.
### 4 Div. 812.

Supreme Court of Alabama.
March 28, 1935.

M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Wade McGee for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in McGee v. State, 160 So. 921.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.